[No. 15407-2-II.   Division Two.   October 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, .v. JOSEPH
MICHAEL NISSENSOHN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-1-03609-1, J. Kelley Arnold, J., entered
October 17, 1991. *Affirmed* by unpublished opinion per
Doran, J. Pro Tem., concurred in by Morgan, J., and Cone,
J. Pro Tem.

[No. 15793-4-II.   Division Two.   October 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID SCOTT
WORTHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 91-1-01305-5, John N. Skimas, J., entered
February 26, 1992. *Affirmed* by unpublished opinion per
Doran, J. Pro Tem., concurred in by Morgan, J., and Cone,
J. Pro Tem.

[No. 32464-1-I.   Division One.   October 25, 1993.]

JAMES C. SCHELINSKI, *Respondent*, v. MIDWEST MUTUAL
INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 92-2-00647-9, Michael F. Moynihan, J.,
entered February 19, 1993. *Reversed* by unpublished opin-
ion per Scholfield, J., concurred in by Coleman and Grosse,
JJ. Now published at 71 Wn. App. 783.